UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY JOHNSON,

                    Plaintiff,

                                                    Case No.  16-12991
vs.                                                 HON.  GEORGE CARAM STEEH

TERRI FIGHTER, et al.,

                    Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (DOC. 21)

      This matter is before the Court on defendants' Motion for Summary

Judgment on the Basis of Exhaustion.  (Doc. 16).  On August 3, 2017,

Magistrate Judge R. Steven Whalen issued a report and recommendation,

(Doc. 21), recommending that defendants' motion for summary judgment

be granted and that the complaint be dismissed without prejudice.

      The Court has reviewed the file, record, and Magistrate Judge's

report and recommendation.  Objections to that report have not been filed

by plaintiff within the established time period.  The court accepts the report

and recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that defendants' motion for summary judgment is GRANTED and that the complaint is DISMISSED WITHOUT PREJUDICE.

Dated:  August 21, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 21, 2017, by electronic and/or ordinary mail and also on Anthony Johnson, 26634 Trowbridge, Inkster, MI  48141.

s/Marcia Beauchemin
Deputy Clerk

---